UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY CIFANI AND
KELSEY CIFANI,

    Plaintiffs,

v.

                                    Case No. 25-cv-13684
                                    Hon. Matthew F. Leitman

PHH MORTGAGE
SERVICES, INC.

    Defendant.

_____/

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 7) AND (2) DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE DUE TO LACK OF SUBJECT-MATTER JURISDICTION

In this action, Plaintiffs Anthony Cifani and Kelsey Cifani bring claims against Defendant PHH Mortgage Services, Inc. (*See* Compl., ECF No. 1.) Plaintiffs say that they are "enrolled tribal members of the Cashbox Trust Tribal Government" who own a home on what they allege to be tribal land, and they allege that that home is secured by a mortgage serviced by PHH. (*Id.* at ¶¶ 1-2, PageID.2.) In their Complaint, Plaintiffs bring claims against PHH under the Indian Non-Intercourse Act, 25 U.S.C. § 177 (the "INA"), and "federal common law." (*Id.* at ¶ 3, PageID.2.)

The Court conducted a preliminary review of Plaintiffs' Complaint and concluded that Plaintiffs had failed to raise any colorable basis for this Court's subject-matter jurisdiction. It therefore ordered the Plaintiffs to show cause why the

1

Court should not dismiss their Complaint for lack of jurisdiction (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 7.)

Plaintiffs responded to the Show Cause Order on December 15, 2025. (*See* Resp., ECF No. 8.) The Court has carefully reviewed that response. The response does not identify any colorable basis for the Court's subject-matter jurisdiction over Plaintiffs' claims. Simply put, Plaintiffs have not identified any federal question that could form the basis of the Court's jurisdiction. Accordingly, for the reasons explained above, and the additional reasons explained in the Show Cause Order, the Court (1) **VACATES** the Show Cause Order (ECF No. 7) and (2) **DISMISSES** Plaintiffs' Complaint **WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

    **IT IS SO ORDERED**.

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: December 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2025, by electronic means and/or ordinary mail.

                                                     s/Holly A. Ryan
                                                     Case Manager
                                                     (313) 234-5126