UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY CIFANI AND
KELSEY CIFANI,

    Plaintiffs,

v.

PHH MORTGAGE
SERVICES, INC.

    Defendant.

Case No. 25-cv-13684
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

        KINIKIA ESSIX
        CLERK OF COURT

        By:   s/Holly A. Ryan
              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 17, 2025
Detroit, Michigan